632

Frank G. Keplinger, appellee, v. Anne R. Lord et al., appellants. Gen. No. 8,888.

Opinion filed January 10, 1935. Rehearing denied February 5, 1935.

Tuesburg & Armstrong, for appellants. Baker, Niven & Crabtree, for appellee.

Mr. Presiding Justice Wolfe delivered the opinion of the court.

John G. Ericksen et al., appellants, v. C. A. Winn et al., appellees. Gen. No. 8,739.

Opinion filed January 10, 1935.

Harry C. Kinne and Harold F. Scovel, for appellants. Werner W. Schroeder, for certain appellee.

Mr. Justice Dove delivered the opinion of the court.

General Paint and Varnish Company, appellant, v. Estate of Harry B. Husted, deceased, appellee. Gen. No. 8,836.

Opinion filed January 10, 1935.

Shulman, Shulman & Abrams and George S. McGaughey, for appellant. A. C. McHenry, for appellee.

Mr. Justice Dove delivered the opinion of the court.

Jack Slifer, administrator of the estate of Jack Burt Slifer, deceased, appellee, v. C. L. Agnew, appellant. Gen. No. 8,828.

Opinion filed January 10, 1935. Rehearing denied February 5, 1935.

Lord & Parker, for appellant; Maurice F. Lord and Gilbert L. Wood, of counsel. Hadley, Weaver & Woodward, for appellee; Harry G. Weaver and William C. Atten, of counsel.

Mr. Justice Huffman delivered the opinion of the court.

Lulu M. Day, executrix of the last will and testament of Dudley W. Day, deceased, appellant, v. Grace Forbes Talcott, appellee. Gen. No. 8,873.

Opinion filed January 10, 1935.

Andrews & Essington and Hall & Dusher, for appellant. C. H. Linscott, for appellee.

Mr. Justice Huffman delivered the opinion of the court.